MARK MCBRIDE (SBN 226684)
LAW OFFICES OF MARK MCBRIDE, P.C.
468 North Camden Drive, Suite 211
Beverly Hills, CA 90210
Telephone: 310.858.5588
Facsimile: 310.388.0686

Attorneys for Defendants
MARSHA ESSWEIN AND THE
ESSWEIN FAMILY TRUST
(DATED 10/25/84)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MARSHA ESSWEIN, THE ESSWEIN FAMILY TRUST (DTD 10/25/1984), *ET AL.*, <br><br> Defendants. | CV 13-00197-SPx <br><br> **ANSWER OF DEFENDANTS MARSHA ESSWEIN AND THE ESSWEIN FAMILY TRUST (DTD 10/25/1984)** |

DEFENDANTS MARSHA ESSWEIN AND THE ESSWEIN FAMILY TRUST (DTD 10/25/84) ("The Defendants" or "Defendants") ANSWER the Complaint of State Farm Life Insurance Policy as follows:

1. As to paragraph 1, Defendants lack sufficient information and belief concerning this allegation and therefore denies same.

2. As to paragraph 2, Defendant Marsha Esswein admits this allegation.

3. As to paragraph 3, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

4. As to paragraph 4, Defendants admit this allegation.

5. As to paragraph 5, Defendants admit that, at the time of his death,

Richard Esswein was a citizen of Riverside County, California. As to the rest of the paragraph, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

6. As to paragraph 6, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

7. As to paragraph 7, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

8. As to paragraph 9, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

9. As to Paragraph 10, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

10. As to Paragraph 11, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

11. As to Paragraph 12, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

12. As to Paragraph 13, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

13. As to Paragraph 14, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

14. As to the entirety of Paragraph 15, Defendants lack sufficient information and belief concerning these allegations and therefore deny the entirety of same.

15. As to paragraph 16, Defendants are informed and believe in the veracity of the first and second sentences. However, as to the third sentence in paragraph 16, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

16. As to paragraph 17, Defendants lack sufficient information and belief concerning this allegation and therefore deny same.

MARK MCBRIDE
Attorney At Law
468 North Camden Drive, Suite 211
Beverly Hills, CA 90210
Telephone: 310.858.5588
Facsimile: 310.388.0686

MARK MCBRIDE
Attorney At Law
468 North Camden Drive, Suite 211
Beverly Hills, CA  90210
Telephone:  310.858.5588
Facsimile:  310.388.0686

# AFFIRMATIVE DEFENSES

## First Affirmative Defense

1.      As a first affirmative defense, the entirety of Plaintiff's complaint fails to state a claim upon which relief can be granted because judgment in the underlying criminal case is not yet final, and the provisions of California's "Slayer Statute" (see Ca. Probate Code sec. 250, *et seq*.) have, at this point in time, no force and effect as a matter of law.

## Second Affirmative Defense

2.      As a second affirmative defense, the entirety of Plaintiff's complaint is barred by the equitable doctrine of laches.

## Third Affirmative Defense

3.      As a third affirmative defense, the entirety of Plaintiff's complaint barred by the equitable doctrine of unclean hands.

## Fourth Affirmative Defense

4.      As a fourth affirmative defense, the entirety of Plaintiff's complaint is barred by the equitable doctrines of waiver and/or estoppel.

## Fifth Affirmative Defense

5.      As a fifth affirmative defense, if any damages were sustained by Plaintiff, which Defendants deny, said damages were proximately caused by the negligence of Plaintiff and/or third parties.

## Sixth Affirmative Defense

6.      As a sixth affirmative defense, if Defendants are liable for Plaintiff's damages, which Defendants deny, the negligence and/or fault of plaintiffs and/or third parties should reduce defendant's liability accordingly.

## Seventh Affirmative Defense

7.      As a seventh affirmative defense, Plaintiff lacks standing to prosecute this action.

**<u>Eighth Affirmative Defense</u>**

8.    As an eighth affirmative defense, this Court lacks subject matter jurisdiction.

**<u>Ninth Affirmative Defense</u>**

9.    As a ninth affirmative defense, this Court lacks diversity jurisdiction.

<strong><u>PRAYER</u></strong>

WHEREFORE, Defendants pray as follows:

1.    That Plaintiff and the remaining Defendants take nothing by reason of Plaintiff's Complaint, and that judgment be entered in favor of Defendants.

2.    That Defendants be awarded their costs of suit and attorney's fees incurred in defense of this action; and,

3.    For such other and further relief as the Court deems just and proper.

Respectfully submitted this 3rd day of June, 2013.

THE LAW OFFICES OF MARK MCBRIDE, P.C.


By:_____/s/_____
          Mark McBride
          Attorney for Defendants
          Marsha Esswein and
          The Esswein Family
          Trust (dtd 10/25/84)

MARK MCBRIDE
Attorney At Law
468 North Camden Drive, Suite 211
Beverly Hills, CA  90210
Telephone:  310.858.5588
Facsimile:  310.388.0686