Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff
**State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>vs.<br><br>MARSHA ESSWEIN; KAREN LYNN ESSWEIN FLORE; THE ESSWEIN FAMILY TRUST, DTD. 10/25/84; and THE ESTATE OF RICHARD ESSWEIN,<br><br>          Defendants. | Case No. EDCV 13-00197 BRO (SPx)<br><br>**STIPULATED JUDGMENT IN INTERPLEADER** |

Having reviewed the parties' Stipulation and Order for Entry of Judgment in Interpleader, and it appearing that plaintiff State Farm Life Insurance Company ("State Farm") has brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1. State Farm properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

    2. By reason of the death of Richard Esswein on or about August 8, 2008, the sum of $125,000.00 plus certain dividends became payable under State Farm's life insurance policy number LF-1459-6238 (the "Policy");

3. Ms. Esswein, Ms. Flore, the Trust and the Estate each claim all or some portion of the proceeds that are payable under the Policy, and no other person or entity has made a claim to the remaining insurance proceeds;

4. Having deposited the sum of $181,919.65 (representing the proceeds and interest) with the Clerk of this Court on January 31, 2013, State Farm and its agents be released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5. State Farm be and hereby is awarded the sum of $3,000 for its reasonable attorneys' fees and costs incurred in connection with this action, and the Clerk of this Court be and hereby is directed to pay such amount, from and out of the funds deposited herein, by check made payable to "State Farm Life Insurance Company" and delivered via first class mail to State Farm's attorneys of record; and

6. Ms. Esswein, Ms. Flore, the Trust and the Estate be and hereby are compelled to interplead or settle between themselves their respective rights or claims to the remaining insurance proceeds.

7. The defendants, Ms. Esswein, Ms. Flore, the Trust and the Estate are ORDERED to file a separate Stipulation and Order with a request directing the Clerk of the Court to issue payment for the remaining funds once they have agreed between themselves on such payments.

DATED:  June 13, 2013        _____
                                                              Hon. Beverly Reid-O'Connell
                                                              UNITED STATES DISTRICT JUDGE