1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| State Farm Life Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Marsha Esswein; Karen Lynn Esswein Flore; The Esswein Family Trust, Dated 10/25/84; and The Estate of Richard Esswein,<br><br>    Defendants in Interpleader. | Case No. 5:13-cv-00197-JAK (SPx)<br><br>**AMENDED JUDGMENT** |

Based on a review of the Stipulation for Judgment filed by Defendants in Interpleader Marsha Esswein and Karen Lynn Esswein Flore on September 23, 2020 (the "Stipulation" (Dkt. 119)) and the Stipulated Judgment in Interpleader entered in this matter on June 13, 2013 (the "Stipulated Judgment" (Dkt. 24)), judgment is entered as follows:

1. Judgment is entered in favor of Defendant in Interpleader Karen Lynn Esswein Flore.

2. The Clerk of the Court shall disburse the funds deposited with the Court by Plaintiff State Farm Life Insurance Company in the amount of $178,919.65 and all subsequently accrued interest, to Karen Lynn Esswein Flore, by check

made payable to the Client Trust Account of Douglas W. Gastélum and delivered to Mr. Gastélum at 1374 South Mission Road, Suite 505, Fallbrook, California, 92028. The check shall be delivered with a copy of the calculations used to determine the amount and by means that includes a tracking method and information.

3. Karen Lynn Esswein Flore shall recover the court costs she has incurred and is ordered to submit a Bill of Costs within 20 days of entry of this Judgment.

In light of the foregoing, Defendant in Interpleader Karen Lynn Esswein Flore's Motion and Application to Lift Stay (Dkt. 115) and Motion for Judgment (Dkt. 116) are **MOOT**. All dates and deadlines in this action are vacated, and the action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated:  September 29, 2020

John A. Kronstadt
United States District Judge

cc: Fiscal